No. 64.   LOUIS B. NAGLER *v.* UNITED STATES.   Error to the District Court of the United States for the Western District of Wisconsin.   October 20, 1920.   Judgment reversed, on confession of error, and cause remanded for further proceedings in conformity with law, on motion of *The Solicitor General* for the United States.   *Mr. Gilbert E. Roe* and *Mr. Herman L. Ekern* for plaintiff in error.

---

No. 92.   WILLIAM PARENT ET AL. *v.* IRENE L. SIMMONS PICOTTE.   Appeal from the Circuit Court of Appeals for the Eighth Circuit.   November 8, 1920.   Dismissed with costs, on motion of counsel for appellants.   *Mr. Thomas L. Sloan* and *Mr. Webster Ballinger* for appellants.   *Mr. Edward E. Wagner* for appellee.

---

No. 102.   LAKEWOOD ENGINEERING COMPANY *v.* NEW YORK CENTRAL RAILROAD COMPANY.   Error to the Circuit Court of Appeals for the Sixth Circuit.   November 8, 1920.   Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. Clifford Thorne* and *Mr. Mark A. Copeland* for plaintiff in error.   *Mr. S. H. West* for defendant in error.